```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  MANUEL U. ARAUJO
    Assistant Federal Public Defender
 3  160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
 4  Telephone: (408) 291-7753

 5  Counsel for Defendant JOB HERNANDEZ
```

**FILED**

NOV 1 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-11-00494 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
|  | ) HEARING TO NOVEMBER 22, 2011 at |
| vs. | ) 9:00 a.m., and [PROPOSED] ORDER |
| JOB HERNANDEZ, | ) |
|  | ) Honorable Howard R. Lloyd |
| Defendant. | ) |

## STIPULATION

The parties, Job Hernandez and the government, acting through their respective counsel and subject to the Court's approval, stipulate that the hearing date currently set for November 18, 2011, be vacated and that the Court set a new hearing date on November 22, 2011, at 9:00 a.m.

Counsel for Mr. Hernandez has a calendar conflict and will be unavailable on November 18, 2011.

The parties further agree and stipulate for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 18 U.S.C. §3161(h)(7)(A) and (B)(iv) that time should be excluded from November 18, 2011 through and including November 22, 2011, to provide continuity of counsel and to provide defense counsel further time to prepare.

Stipulation and [Proposed] Order
Continuing Hearing
No. CR-11-00494 DLJ                                    1

Accordingly, Mr. Hernandez and the government agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and the defendant in a speedy trial.

Dated: November 16, 2011

           /s/_____
           Manuel U. Araujo,
           Assistant Federal Public Defender

Dated: November 16, 2011

           /s/_____
           Thomas Colthurst,
           Assistant United States Attorney

### [PROPOSED] ORDER

WHEREFORE, based on the above, the COURT HEREBY ORDERS that the hearing currently scheduled on November 18, 2011, is continued to November 22, 2011, at 9:00 a.m., and further ordered that the period of delay from time from November 18, 2011, through and including November 22, 2011, is excluded for purposes of Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: __11/17/__, 2011

           _____
           HONORABLE, HOWARD R. LLOYD,
           United States Magistrate Judge