1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     MIRANDA KANE (CABN 150630)
3    Criminal Chief, Criminal Division

4    THOMAS A. COLTHURST (CABN 99493)
     Assistant United States Attorney                  E-FILED ON 1/31/12
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408)-535-5065
7       Fax: (408)-535-5066
        E-Mail: tom.colthurst@usdoj.gov
8
     Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )   No. 11-CR-00494-DLJ
                                       )
15        Plaintiff,                   )   STIPULATION AND []
                                       )   ORDER EXCLUDING TIME FROM
16   v.                                )   JANUARY 26, 2012 TO FEBRUARY 2,
                                       )   2012
17   JOB HERNANDEZ,                    )
                                       )
18        Defendant.                   )
                                       )
19   _____)

20

21        On the Court's motion, the next status hearing in this matter was moved from January 26,

22   2011, at 9:00 a.m., to February 2, 2011, at 9:00 a.m.  The defendant Job Hernandez, represented

23   by Manuel Araujo, Assistant Federal Public Defender, and the government, represented by

24   Thomas A. Colthurst, Assistant United States Attorney, request that time be excluded under the

25   Speedy Trial Act from January 26, 2011 to February 2, 2011, to permit the parties the reasonable

26   time necessary for effective preparation.

27

28

     ORDER EXCLUDING TIME
     Case No. 11-CR-00494-DLJ

DATED: January 19, 2012                    MELINDA HAAG
                                           United States Attorney


                                           _____
                                                    /s/
                                           Thomas A. Colthurst
                                           Assistant United States Attorney


                                           _____
                                                    /s/
                                           Manuel Araujo
                                           Assistant Federal Public Defender
                                           Counsel for Defendant Job Hernandez

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between January 26, 2011 and February 2, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 26, 2011 and February 2, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 26, 2011 and February 2, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

DATED: F̶D̶I̶T̶E̶D̶G            _____
                              THE HONORABLE D. LOWELL JENSEN
                              Senior United States District Judge

ORDER EXCLUDING TIME
Case No. 11-CR-00494-DLJ